

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-15-00716-CV

Clark A. **TCHERNOWITZ,**
Appellant

v.

**GARDENS AT CLEARWATER,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 15542C
Honorable Susan Harris, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED. If Appellee's brief is not received on or before June 20, 2016, the case will be set "at issue" and will proceed without Appellee's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court